UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR06-016-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| BALKAR SINGH | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:

   Conspiracy to Commit Bank Fraud

Date of Detention Hearing:   Initial Appearance January 30, 2006

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

   (1)   Defendant and his wife, who is a co-defendant, are charged by Indictment with

DETENTION ORDER   15.13
18 U.S.C. § 3142(i)   Rev. 1/91
PAGE 1

01 Conspiracy to Commit Bank Fraud. The actions cited as overt acts in furtherance of the
02 conspiracy are alleged to have occurred from 2000 to 2006.

03     (2)    Defendant made his initial appearance in this matter in the District of Oregon, and
04 was ordered detained as a risk of nonappearance. The case agent reports that execution of a
05 search warrant allegedly produced credit cards and passports with different alias names and
06 several genuine identification documents in names other than the defendants. The AUSA alleges
07 that the defendants are associated with hundreds of alias names and possess false immigration and
08 passport documents.

09     (3)    The defendant was not interviewed by Pretrial Services. There is no further
10 information available regarding his personal history, residence, family ties, ties to this District,
11 employment history/financial resources, health or controlled substance use, if any.

12     (4)    An immigration detainer has been placed. Based on this, the defendant does not
13 contest detention.

14     (5)    The defendant poses a risk of nonappearance due to Indian citizenship, association
15 with alias names, possession of fraudulent immigration documents, lack of background
16 information, and immigration detainer. He poses a risk of danger due to the nature of the current
17 charges.

18     (6)    There does not appear to be any condition or combination of conditions that will
19 reasonably assure the defendant's appearance at future Court hearings while addressing the danger
20 to other persons or the community.

21 It is therefore ORDERED:

22     (1)    Defendant shall be detained pending trial and committed to the custody of the

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2

01    Attorney General for confinement in a correction facility separate, to the extent

02    practicable, from persons awaiting or serving sentences or being held in custody

03    pending appeal;

04    (2)    Defendant shall be afforded reasonable opportunity for private consultation with

05    counsel;

06    (3)    On order of a court of the United States or on request of an attorney for the

07    Government, the person in charge of the corrections facility in which defendant is

08    confined shall deliver the defendant to a United States Marshal for the purpose of

09    an appearance in connection with a court proceeding; and

10    (4)    The clerk shall direct copies of this Order to counsel for the United States, to

11    counsel for the defendant, to the United States Marshal, and to the United States

12    Pretrial Services Officer.

13    DATED this  30th  day of  January , 2006.

15    _____
      Mary Alice Theiler
      United States Magistrate Judge