JUDGE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | NO. CR06-0016MJP |
| ) | |
| Plaintiff,   ) | ORDER GRANTING AGREED MOTION |
| ) | TO CONTINUE PRETRIAL MOTIONS |
| v.   ) | DEADLINE AND TRIAL DATE |
| ) | |
| BALKAR SINGH and NARINDER PAL,   ) | |
| ) | |
| Defendants.   ) | |
| ) | |

The Court, having reviewed the records and files herein and considered the stipulation of the government and counsel for defendants, Balker Singh and Narinder Pal, makes the following findings and enters the following Order.

1. On January 18, 2006, defendants Balkar Singh and Narinder Pal were indicted on one count of conspiracy to commit bank fraud.

2. At their arraignments on January 30, 2006, the Court set pretrial motions cutoff dates of February 13, 2006 and a jury trial date of April 10, 2006. The current speedy trial expiration date is April 10, 2006.

ORDER GRANTING AGREED MOTION TO CONTINUE
PRETRIAL MOTIONS DEADLINE AND TRIAL
(Balkar Singh and Narinder Pal; CR06-0016MJP) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

3. Additional time is needed to prepare for trial, in particular, additional time to examine and analyze the extensive discovery in this case. The time is also necessary in order for the defendants to access technology at the FDC SeaTac to review computerized discovery in order to effectively assist their attorneys in the preparation of their cases.

4. The parties have stipulated to the need for additional time for the defense to prepare trial and/or consider a negotiated settlement.

5. The ends of justice outweigh the best interests of the public and the defendants in speedy trial in this case, under these circumstances. A failure to grant a continuance based upon the parties' need to prepare the matter for trial would result in a miscarriage of justice.

6. The government and defendants have requested and stipulated to a continuance and defendants Balkar Singh and Narinder Pal have signed written waivers of speedy trial which have been filed with the Court, waiving their right to speedy trial up to and including July 31, 2006.

IT IS HEREBY ORDERED that the pretrial motions cutoff date is continued from February 13, 2006 to June 8, 2006;

IT IS HEREBY ORDERED that the trial date for defendant is continued from April 10, 2006 to July 24, 2006 at 9:00 a.m..

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h), the period of time from the current trial to the new trial date is excluded in the computation of time under the Speedy Trial Act as this is a reasonable period of delay.

Done this 20th day of March, 2006.


/S/Marsha J. Pechman

MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT JUDGE

/ / /

/ / /

ORDER GRANTING AGREED MOTION TO CONTINUE
PRETRIAL MOTIONS DEADLINE AND TRIAL
(Balkar Singh and Narinder Pal; CR06-0016MJP) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1   / / /

2   Presented by:

3   s/ Jay W. Stansell, WSBA# 18752
    Attorney for Balker Singh
4   Assistant Federal Public Defender
    1601 Fifth Avenue, Suite 700
5   Seattle WA 98101
    206/553-1100 voice
6   206/553-0120 facsimile
    Jay_Stansell@fd.org
7
    s/ James L. Vonasch
8   Attorney for Narinder Pal
    *By telephonic authorization*
9
    s/ Norman Barbosa
10  Assistant United States Attorney
    *By telephone authorization*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING AGREED MOTION TO CONTINUE
PRETRIAL MOTIONS DEADLINE AND TRIAL
(Balkar Singh and Narinder Pal; CR06-0016MJP) - 3

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**