THE HONORABLE MARSHA J. PECHMAN

```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED
```

APR 2 5 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

06-CR-00016-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BALKAR SINGH and NARINDER PAO, <br><br> Defendants. | NO. CR06-0016MJP <br><br> ORDER FOR WITHDRAWAL AND SUBSTITUTION OF ATTORNEY |

The Court, having reviewed the records and files herein and considering the Motion and Declaration filed on behalf of the Defendant, Balkar Singh, makes the following findings and enters the following Order.

1. Jay W. Stansell, Assistant Federal Public Defender, is attorney of record for the Defendant, Balkar Singh.

2. Balkar Singh retained the services of attorney, Charles A. Johnston, on March 29, 2006.

3. It is Defendant, Balkar Singh's desire for Assistant Federal Public Defender, Jay W. Stansell, to withdraw from the case and for attorney, Charles A.

ORDER FOR WITHDRAWAL AND SUBSTITUTION - 1

CHARLES A. JOHNSTON
ATTORNEY AT LAW
202 E. 34th ST.
TACOMA, WA 98404
(253) 473-3090

Johnston, to be allowed to substitute as attorney of record.

4. The Pre-Trial Motion cutoff date is June 8, 2006, and the Trial date is currently set for July 24, 2006. The withdrawal of attorney, Jay W. Stansell, Assistant Federal Public Defender, and substitution of attorney, Charles A. Johnston, would not effect these dates previously set.

It is hereby ORDERED that Assistant Federal Public Defender, Jay Stansell, be allowed to withdraw from the representation of Defendant, Balkar Singh.

It is further ORDERED that attorney, Charles A. Johnston, is the attorney of record for the Defendant, Balkar Singh.

DATED this 26 day of April, 2006.

_____
HONORABLE MARSHA J. PECHMAN
United States District Court

DATED this 29th day of March, 2006.

Presented By:
*Approved Telephonically*

_____
Jay W. Stansell, WSBA No. 18752
Assistant Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101

DATED this 30th day of March, 2006.

By _____
Charles A. Johnston, WSBA No. 9058
Substituted Attorney of Record for
Balkar Singh
202 East 34th Street
Tacoma, Washington 98404

ORDER FOR WITHDRAWAL AND SUBSTITUTION - 2

CHARLES A. JOHNSTON
ATTORNEY AT LAW
202 E. 34th St.
TACOMA, WA 98404
(253) 473-3090

## CERTIFICATE OF SERVICE

I hereby certify that on March 30th, 2006, I electronically filed the foregoing Motion and Declaration for Withdrawal and Substitution of Attorney with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Norman Barbosa
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

James L Vonasch
Attorney at Law
Maynard Building, Suite 200
119 First Avenue South
Seattle, Washington 98104

DATED this 30th day of March, 2006.

*Suzanne Faker*
SUZANNE FAKER
Legal Assistant

ORDER FOR WITHDRAWAL AND SUBSTITUTION - 3

CHARLES A. JOHNSTON
ATTORNEY AT LAW
502 E. 34th St.
TACOMA, WA 98404
(253) 473-3000